**Order entered October 25, 2017**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-00703-CR

**BRANDON KEITH BURCHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31373**

## ORDER

The reporter's record was due September 21, 2017. On September 25, 2017, court reporter Julie Vrooman filed a request for an extension, citing her workload. We granted the request and ordered the record filed by October 21, 2017. On October 20, 2017, Ms. Vrooman filed a second request and, for the first time, stated that appellate counsel had not paid or made arrangements to pay for the record despite having been given an estimated cost for the record.

We **ORDER** retained counsel William Pigg to provide written verification to this Court **BY NOVEMBER 3, 2017** that appellant has paid or made arrangements to pay for the reporter's record. Should Mr. Pigg fail to do so, we will order this appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to Judge Keli Aiken, Presiding Judge, 354th Judicial District Court; to Julie Vrooman, court reporter, 354th Judicial District Court; and to counsel for all parties.

/s/    ADA BROWN
         JUSTICE